IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-00108-MSK-NYW

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

HAROLD A. HENTHORN;
ESTATE OF TONI B. HENTHORN, a/k/a Toni Bertolet;
BARBARA E. CASHMAN; and
GARY CLEXTON, as Special Administrator of the Estate of Toni B. Henthorn a/k/a Toni Bertolet,

    Defendants.

---

**ORDER RE: AMERICAN GENERAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO TRANSFER FUNDS TO THE COURT REGISTRY OF THE DISTRICT COURT, COUNTY OF DOUGLAS, STATE OF COLORADO**

---

THIS MATTER came before the Court upon American General Life Insurance Company's ("American General") Unopposed Motion to Transfer Funds to Court Registry of the District Court, County of Douglas, State of Colorado. The Court, being duly advised, hereby ORDERS as follows:

The life insurance proceeds previously deposited by American General, including the $1,537,172.98, and any earned accrued interest up to the date disbursement, be sent to the Court Registry of the District Court, County of Douglas, State of Colorado and payable to Clerk of the Court, 4000 Justice Way, Suite 2009, Castle Rock, CO 80109.

DATED this 1st day of March, 2016.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Court